UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTWOINE DE'SEAN PARMER,

                Plaintiff,

    v.

WASHINGTON DEPARTMENT OF CORRECTIONS, JOHN and JANE DOE, DR. NAVARRO, and DR. CUAYCONG,

                Defendants.

No. C11-5390 RBL/KLS

ORDER GRANTING MOTIONS TO SEAL DOCUMENTS

Before the Court is Defendants' Motion to Seal. ECF No. 22. Defendants move to seal portions of Plaintiff's medical file that are Attachments A-C to the Declaration of Godofredo Navarro M.D. and Exhibits A-J to the Declaration of John David Kenney M.D. filed in support of Defendants' motion for summary judgment. Defendants state that to include these documents in the Court's file without sealing them would defeat the purpose of the Health Insurance Portability and Accountability Act of 1996 (HIPPA) under 45 CFR Part 160, 164.

Also before the Court is Plaintiff's Motion to Seal. ECF No. 34. Plaintiff moves to seal portions of his medical records, health services kites, and surgeon's letters that he has attached to his cross-motion for summary judgment as Exhibits A-1, A-2, B, C-1, C-2, D, E, F-1, and F-2. *Id.*

It is, therefore, **ORDERED:**

(1)     Exhibits A-C to the Declaration of Godofredo Navarro M.D. and Exhibits A-J to the Declaration of John David Kenney M.D. shall be filed under seal.

ORDER GRANTING MOTIONS TO SEAL- 1

(2) Plaintiff's Exhibits A-1, A-2, B, C-1, C-2, D, E, F-1, and F-2 shall be filed under seal. *See* ECF No. 35.

(3) The Clerk of Court is directed to send a copy of this Order to Plaintiff and to counsel for Defendants.

**DATED** this  8th  day of June, 2012.

Karen L. Strombom
United States Magistrate Judge

ORDER GRANTING MOTIONS TO SEAL- 2