UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTWOINE DE'SEAN PARMER,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>WASHINGTON DEPARTMENT OF CORRECTIONS, JOHN and JANE DOE, DR. NAVARRO, and DR. CUAYCONG,<br><br>　　　　　　　　　　Defendants. | No. C11-5390 RBL/KLS<br><br>ORDER DENYING MOTION TO SEAL DOCUMENTS |

Before the Court is Plaintiff's Motion to Seal.  ECF No. 46.  Plaintiff asks that the Court seal "portions of depositions" of Dr. Navarro and Dr. Cuaygong.  *Id.*  The documents in question are filed at ECF Nos. 47 and 48 and were temporarily placed under seal pending the Court's consideration of Plaintiff's motion.  The motion will be denied.

**DISCUSSION**

Under Local Civil Rule CR 5(g)(1), there is a "strong presumption of public access to the court's files and records which may be overcome only on a compelling showing that the public's right of access is outweighed by the interests of the public and the parties in protecting files, records, or documents from public review."  Plaintiff makes no such showing.  Simply because the excerpts are purportedly from the depositions of doctors does not justify sealing them from public view.

In addition, the excerpts submitted by Plaintiff were not prepared by a licensed court reporter and do not comply with Fed. R. Civ. P. 30(f)((1) which requires that the officer who

ORDER GRANTING MOTIONS TO SEAL- 1

conducted the deposition certify in writing that the witness was duly sworn and that the deposition accurately records the witness's testimony. The excerpts appear to be unofficial transcriptions that Plaintiff apparently prepared himself.

There is no compelling showing that this material should be sealed. Accordingly, it is

**ORDERED:**

    (1)    Plaintiff's motion to seal (ECF No. 46) is **DENIED**.

    (2)    The Clerk shall **unseal** the documents at ECF Nos. 47 and 48.

    (3)    The Clerk of Court is directed to send a copy of this Order to Plaintiff and to counsel for Defendants.

**DATED** this 6th day of November, 2012.

Karen L. Strombom
United States Magistrate Judge

ORDER GRANTING MOTIONS TO SEAL- 2