UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTWOINE DE'SEAN PARMER,<br><br>                    Plaintiff,<br><br>     v.<br><br>WASHINGTON DEPARTMENT OF CORRECTIONS, JOHN AND JANE DOE, DR. NAVARRO, DR. CUAYCONG,<br><br>                    Defendants. | No. C11-5390 RBL/KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1) The Court adopts the Report and Recommendation.

(2) Defendants' motion for summary judgment (ECF No. 23, renewed at ECF No. 42) is **GRANTED** and Plaintiff's claims are **DISMISSED WITH PREJUDICE.**

(3) Plaintiff's motion for summary judgment (ECF Nos. 33 and 44) is **DENIED.**

(4) The Clerk is directed to send copies of this Order to Plaintiff, counsel for any Defendants who have appeared, and to the Hon. Karen L. Strombom.

**DATED** this 12th day of February, 2012.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION- 1